UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THOMAS DENTINO,<br><br>       Plaintiff,<br><br>vs.<br><br>MOIHARWIN DIVERSIFIED CORPORATION doing business as VEGAS VALLEY COLLECTION SERVICES,<br><br>       Defendant. | 2:16-cv-00904-APG-VCF<br><br>**ORDER** |

Before the court is the parties' Joint Discovery Plan and Scheduling Order (ECF No. 10).

The parties have filed an agreement for short trial and request for approval (ECF No. 11). Under Short Trial Rule 7, the assigned presiding judge will set deadlines for completion of discovery and filing dispositive motions.

Accordingly,

IT IS HEREBY ORDERED that the Joint Discovery Plan and Scheduling Order (ECF No. 10) is DEFERRED until after the court's ruling on the agreement for short trial and request for approval (ECF No. 11).

DATED this 13th day of June, 2016.

                                                      _____
                                                      CAM FERENBACH
                                                      UNITED STATES MAGISTRATE JUDGE