MARK J. BOURASSA, ESQ.
Nevada Bar No. 7999
TRENT L. RICHARDS, ESQ.
Nevada Bar No. 11448
**BOURASSA LAW GROUP**
8668 Spring Mountain Road, Suite 101
Las Vegas, Nevada 89117
Tel: (702) 851-2180
Fax: (702) 851-2189
mbourassa@blgwins.com
trichards@blgwins.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS DENTINO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MOIHARWIN DIVERSIFIED CORPORATION doing business as VEGAS VALLEY COLLECTION SERVICES, a Nevada corporation,<br><br>Defendant. | Case No.: 2:16-cv-00904-APG-VCF<br><br>**AGREEMENT FOR SHORT TRIAL AND REQUEST FOR APPROVAL** |

The parties agree that all litigation in the above-captioned matter shall be governed by General Order No. 2013-01, Short Trial Rules of the United States District Court for the District of Nevada (the "Short Trial Rules"). This agreement, when approved by the Court, shall be

\\\

\\\

\\\

\\\

\\\

\\\

\\\

- 1 -

1  binding on the parties and on the Court, subject to termination pursuant to Rule 4(a0 of the Short
2  Trial Rules.

**Plaintiff:**                                **Defendant:**

DATED this 13th day of June 2016       DATED this 13th day of June, 2016

BOURASSA LAW GROUP            LAW OFFICE OF MICHAEL RHODES, PLLC

By: /s/ Mark J. Bourassa               By: /s/ Michael Rhodes
    MARK J. BOURASSA, ESQ.            MICHAEL RHODES, ESQ.
    Nevada Bar No. 7999                   Nevada Bar No. 11696
    TRENT L. RICHARDS, ESQ.           400 South Fourth Street, Third Floor
    Nevada Bar No. 11448                 Las Vegas NV 89101
    8668 Spring Mountain Rd., Suite 101    Telephone: (702) 366-0333
    Las Vegas, Nevada 89117            Facsimile:  (702) 666-0332
    Telephone: (702) 851-2180           *Attorneys for Defendant*
    Facsimile: (702) 851-2189
    *Attorneys for Plaintiff*

**GOOD CAUSE APPEARING, IT IS SO ORDERED** that the forgoing agreement is approved.

**IT IS FURTHER ORDERED** that the presiding judge for this short trial shall be:

☐     The undersigned District Judge.

☑     The Magistrate Judge to whom the parties have previously consented

☐     Senior District Judge _____.

☐     Recalled Magistrate Judge _____.

Note: Assignment to any magistrate Judge is conditioned on the parties executing the necessary "consent" under 28 U.S.C. §636 and Fed. R. Civ. P. 73.  Assignment to a Senior District Judge or a recalled Magistrate Judge requires leave of the Chief Judge (Rule 3).

_____
UNITED STATES DISTRICT JUDGE
DATED: 6/30/16
CASE NO.: 2:16-cv-00904-APG-VCF

- 2 -