# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| THOMAS DENTINO,<br><br>        Plaintiff,<br><br>vs.<br><br>MOIHARWIN DIVERSIFIED CORPORATION doing business as VEGAS VALLEY COLLECTION SERVICES,<br><br>        Defendant. | 2:16-cv-00904-APG-VCF<br>**ORDER** |

The parties have filed an agreement for short trial and request for approval (ECF No. 11). The district judge approved the assigned magistrate judge as the presiding judge for short trial in this matter (ECF No. 15).

Accordingly,

IT IS HEREBY ORDERED that a status hearing, to set short trial date, discuss deadlines for completion of discovery and address consent pursuant to 28 U.S.C § 636(c), is scheduled for 2:00 p.m., July 13, 2016, in courtroom 3D.

DATED this 6th day of July, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE