# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

THOMAS DENTINO,

Plaintiff,

V.

MOIHARWIN DIVERSIFIED CORPORATION,

Defendant.

**JUDGMENT FOR ATTORNEY'S FEES IN A CIVIL CASE**

Case Number: 2:16-cv-904-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff Dentino's motion for attorney fees is GRANTED; Dentino is awarded $28,110.50 in attorney's fees and $936.63 in costs; post-judgment interest at an annual rate of .79% will be assessed from December 1, 2016 onwards.

| | |
|---|---|
| January 17, 2017 | /s/ Debra K. Kempi |
| Date | Clerk |
| | /s/ Amber Freeman |
| | (By) Deputy Clerk |